**Opinion issued March 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00261-CV

———————————

**MARY RUSSELL AND RANDY RUSSELL, Appellants**

**V.**

**LAURA CASARES, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-22358**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Sharp, and Huddle.